UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 2:22-cr-83 |
| | ) | |
| KAYLA MUZZY, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

NOW COMES the United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>. This defendant is eligible for detention because the case involves an offense under the Controlled Substances Act for which a maximum term of imprisonment of ten years or more is prescribed. *See* 18 U.S.C. § 3142(f)(1)(C).

2. <u>Reason For Detention</u>. The Court should detain the defendant because there are no conditions of release which will reasonably assure the safety of any other person and the community and the defendant's appearance as required.

3. <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because there is probable cause to believe the defendant committed a drug offense punishable by more than 10 years.

4. <u>Time For Detention Hearing</u>. The United States requests the court conduct the detention hearing upon completion of the pretrial services report.

5. <u>Other Matters</u>. Defendant Muzzy is believed to be an abuser of both opiates and cocaine base. Defendant Muzzy's criminal conduct related to her facilitation of drug trafficking

through her residence as a way of obtaining controlled substances for her own use. Further, defendant Muzzy is alleged to have unlawfully possessed a firearm while addicted to controlled substances. Therefore, defendant Muzzy's release without a treatment plan would endanger the community, as she would likely return to facilitation of drug trafficking in Rutland.

Dated at Burlington, in the District of Vermont, August 17, 2022.

                                                Respectfully submitted,

                                                NIKOLAS P. KEREST
                                                United States Attorney

By:    *Paul J. Van de Graaf*
        PAUL J. VAN DE GRAAF
        Assistant U.S. Attorney
        P.O. Box 570
        Burlington, VT 05402-0570
        (802) 951-6725